**Electronically Filed
Supreme Court
SCPW-12-0000077
27-MAR-2012
02:55 PM**

NO. SCPW-12-0000077

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GREG W. SCHOENLEIN, Petitioner,

vs.

CIRCUIT COURT OF THE FIRST CIRCUIT and STATE OF HAWAIʻI,
Respondents.

---

ORIGINAL PROCEEDING
(S.P.P. NO. 11-1-0028)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of petitioner Greg W. Schoenlein's petition for a writ of mandamus, the respondents' answers and the record of S.P.P. No. 11-1-0028, it appears that the State of Hawaiʻi filed an answer in S.P.P. No. 11-1-0028 on March 2, 2012 and S.P.P. No. 11-1-0028 was disposed of on March 7, 2012. Petitioner's request for mandamus relief is moot. Therefore,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, March 27, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna